JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SARDI, ET AL., | Case No. CV 20-10186-MWF (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| DOROTHY CARFRAE, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge